APPEAL No. 73-222. KENNETH GROSS *et al. v.* SCHOOL COMMITTEE OF TOWN OF GLOCESTER. Motion of intervenor, Hopkins Transportation, Inc., to dismiss plaintiffs' appeal is denied without prejudice to right to renew motion at the hearing on the merits. Motion of defendant, the School Committee of the Town of Glocester, to dismiss plaintiffs' appeal denied without prejudice to right of defendant to renew motion at the hearing on the merits. *William J. George, William E. George*, for plaintiffs. *Thomas F. Fogarty, Jr.*, for School Committee of the

Town of Glocester. *Scott K. Keefer,* for Hopkins Transportation, Inc., Intervenor.